UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2016

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **STEVE JAMAL SMITH,** | : | **VIOLATIONS:** |
| also known as Jabrail Love, and | : | **18 U.S.C. § 371** |
| **JOHN KING LIONELL,** | : | **(Conspiracy to Commit Bank Robbery)** |
| also known as Rashad Lionell, | : | **18 U.S.C. § 2113(a)** |
| also known as James Turner, | : | **(Bank Robbery)** |
| also known as Rashad Ross, | : | |
| also known as Richard Wilson, | : | |
| also known as Rayshawn Jones, | : | |
| | : | |
| **Defendants.** | : | |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about January 27, 2016, within the District of Columbia and elsewhere, **STEVE JAMAL SMITH**, also known as Jabrail Love, and **JOHN KING LIONELL**, also known as Rashad Lionell, also known as James Turner, also known as Rashad Ross, also known as Richard Wilson, also known as Rayshawn Jones, did knowingly and willfully combine, conspire, confederate and agree together to unlawfully, knowingly, and intentionally by force, violence and intimidation take, or attempt to take, from the person or presence of another property, namely money, belonging to and in the care, custody, control, management, and possession of BB&T Bank and the Capital One Bank, banks whose deposits were then insured by the Federal Deposit Insurance Corporation.

The Conspiracy

Beginning on or about January 27, 2016, in the District of Columbia, and the state of Maryland, the defendants **STEVE JAMAL SMITH**, also known as Jabrail Love, and **JOHN KING LIONELL**, also known as Rashad Lionell, also known as James Turner, also known as Rashad Ross, also known as Richard Wilson, also known as Rayshawn Jones, did knowingly and intentionally combine, conspire, confederate and agree to commit the following offenses against the United States, that is, Bank Robbery, in violation of Title 18, United States Code, Section 2113(a)).

Goal of the Conspiracy

It was the goal of the conspiracy that the conspirators would acquire money, by way of robbery, belonging to and in the care, custody, control, management, and possession of banks whose deposits were then insured by the Federal Deposit Insurance Corporation.

Manner and Means of the Conspiracy

The defendants, both known, to the grand jury used the following manner and means to accomplish the object of the conspiracy:

1. It was part of the conspiracy that the defendants would and did play different roles in the conspiracy, and took upon themselves different tasks and participated in the conduct of the conspiracy through various criminal acts. The defendants prepared written "demand notes" which would be given to the victim bank tellers. Some of the actions carried out by the defendants included, among others, going into federally insured banks with the intent to rob those banks of deposits that at the time were insured by the Federal Deposit Insurance Corporation.

2.	It was further a part of the conspiracy that the defendants, both known, to the Grand Jury, used the Washington Metropolitan Area Transit Authority ("WMATA") subway system to flee from the banks after the defendants robbed or attempted to rob the banks.

3.	It was further a part of the conspiracy that the defendants, both known, to the Grand Jury, took steps and made efforts to avoid detection by law enforcement authorities.

Overt Acts

1)	The defendants **STEVE JAMAL SMITH**, also known as Jabrail Love, and **JOHN KING LIONELL**, also known as Rashad Lionell, also known as James Turner, also known as Rashad Ross, also known as Richard Wilson, also known as Rayshawn Jones entered the BB&T Bank together located at 3101 14th Street, N.W., Washington, D.C., a federally insured institution.

2)	The defendants **STEVE JAMAL SMITH**, also known as Jabrail Love, and **JOHN KING LIONELL**, also known as Rashad Lionell, also known as James Turner, also known as Rashad Ross, also known as Richard Wilson, also known as Rayshawn Jones while in the BB&T Bank inquired about opening a bank account.  A bank employee provided them with a brochure. The defendants both were observed in possession of the brochure.

3)	The defendants **STEVE JAMAL SMITH**, also known as Jabrail Love, and **JOHN KING LIONELL**, also known as Rashad Lionell, also known as James Turner, also known as Rashad Ross, also known as Richard Wilson, also known as Rayshawn Jones approached the teller's window with **JOHN KING LIONELL**, also known as Rashad Lionell, also known as James Turner, also known as Rashad Ross, also known as Richard Wilson, also known as Rayshawn Jones  displayed a demand note to the victim teller while **STEVE JAMAL SMITH**, also known as Jabrail Love spoke to a teller seated at the adjacent window.

4) **JOHN KING LIONELL**, also known as Rashad Lionell, also known as James Turner, also known as Rashad Ross, also known as Richard Wilson, also known as Rayshawn Jones when at the teller's window instructed the victim teller several times to not press the alarm.

5) **JOHN KING LIONELL**, also known as Rashad Lionell, also known as James Turner, also known as Rashad Ross, also known as Richard Wilson, also known as Rayshawn Jones told Smith, "Hurry up let's go! Let's go!"

6) The defendants **STEVE JAMAL SMITH**, also known as Jabrail Love, and **JOHN KING LIONELL**, also known as Rashad Lionell, also known as James Turner, also known as Rashad Ross, also known as Richard Wilson, also known as Rayshawn Jones exited the bank together after not receiving any cash.

7) The defendants **STEVE JAMAL SMITH**, also known as Jabrail Love, and **JOHN KING LIONELL**, also known as Rashad Lionell, also known as James Turner, also known as Rashad Ross, also known as Richard Wilson, also known as Rayshawn Jones entered the WMATA Columbia Heights Metro Station together and rode the train and were later observed exiting the WMATA Silver Spring Metro Station together.

8) On or about January 27, 2016, the defendants **STEVE JAMAL SMITH**, also known as Jabrail Love, and **JOHN KING LIONELL**, also known as Rashad Lionell, also known as James Turner, also known as Rashad Ross, also known as Richard Wilson, also known as Rayshawn Jones entered the Capital One Bank together located at 8676 Georgia Avenue, Silver Spring, Maryland, a federally insured institution.

9) The defendants **STEVE JAMAL SMITH**, also known as Jabrail Love, and **JOHN KING LIONELL**, also known as Rashad Lionell, also known as James Turner, also known as

4

Rashad Ross, also known as Richard Wilson, also known as Rayshawn Jones approached the teller's window.

10) **STEVE JAMAL SMITH**, also known as Jabrail Love displayed a demand note to the victim teller, while **JOHN KING LIONELL**, also known as Rashad Lionell, also known as James Turner, also known as Rashad Ross, also known as Richard Wilson, also known as Rayshawn Jones stood next to **STEVE JAMAL SMITH**, also known as Jabrail Love.

11) **STEVE JAMAL SMITH**, also known as Jabrail Love stated to the victim teller, "Put your hands up . . . Don't put your hands down."

12) After not receiving any money from the victim teller, the defendants **STEVE JAMAL SMITH**, also known as Jabrail Love, and **JOHN KING LIONELL**, also known as Rashad Lionell, also known as James Turner, also known as Rashad Ross, also known as Richard Wilson, also known as Rayshawn Jones exited the Capital One Bank.

(**Conspiracy to Commit Bank Robbery**, in violation of Title 18, United States Code, Section 371)

## COUNT TWO

On or about January 27, 2016, within the District of Columbia, **STEVEN JAMAL SMITH**, also known as Jabrail Love, and **JOHN KING LIONELL**, also known as Rashad Lionell, also known as James Turner, also known as Rashad Ross, also known as Richard Wilson, also known as Rayshawn Jones, by force, violence and intimidation did take, or attempt to take, from the person or presence of another, namely money, belonging to and in the care, custody, control, management, and possession of BB&T Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

A TRUE BILL:


FOREPERSON.

Attorney of the United States in
and for the District of Columbia.