AO 442 (Rev. 01/09) Arrest Warrant

FID# 10088752

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
JUL 1 1 2017
Clerk, U.S. District and Bankruptcy Courts

| | |
|---|---|
| United States of America<br>v.<br>STEVE JAMAL SMITH<br><br>*Defendant* | ) Case: 1:17-cr-00116<br>) Assigned To : Moss, Randolph D.<br>) Assign. Date : 6/15/2017<br>) Description: INDICTMENT (B)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* STEVE JAMAL SMITH,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 371 (Conspiracy to Commit Bank Robbery) and 18 U.S.C. § 2113(a) (Bank Robbery)

2017 JUN 16 PM 1:00

Date: 06/15/2017

*Issuing officer's signature*

City and state: WASHINGTON, D.C.

ROBIN M. MERIWEATHER, Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/16/2017, and the person was arrested on *(date)* 7/11/2017
at *(city and state)* Washington, DC.

Date: 7/11/2017

*Arresting officer's signature*

Louie McKinney, Jr. / DUSM
*Printed name and title*