AO 442 (Rev. 11/11) Arrest Warrant                                                  10088752

(DC 6/6-16)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) |
|  | ) Case No. 0090 1:17CR00116-001 |
| Steve Smith | ) |
|  | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Steve Smith

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Date: 10/20/2020

*Issuing Officer's Signature*

City and State: Washington, DC

*Printed Name and Title*

**Return**

This warrant was received on *(date)* 10/20/20, and the person was arrested on *(date)* 11/22/20
at *(city and state)* Washington, DC

Date: 11/23/20

*Arresting Officer's Signature*

T. Kinger DUSM
*Printed Name and Title*

RECEIVED OCT 20 '20
U.S. MARSHAL-DC PM 4:23